**2013-0371. Jordan v. Fain.**
In Mandamus. On motion to dismiss. Motion granted. Cause dismissed.
   O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013-0375. Steinberg v. Durkin.**
In Mandamus and Procedendo. On motion to dismiss. Motion granted. Cause dismissed.
   O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013-0413. State ex rel. Cioffi v. Rice.**
In Procedendo. On motion to dismiss. Motion granted. Cause dismissed.
   O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013-0434. State ex rel. Gilcreast v. Gallagher.**
In Mandamus and Prohibition. On motion to dismiss. Motion granted. Cause dismissed.
   PFEIFER, Acting C.J., O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.
   O'CONNOR, C.J., not participating.

**2013-0528. Fountain v. Pineda.**
In Habeas Corpus. On petition for writ of habeas corpus of Daniel Antonio Fountain Sr. Sua sponte, cause dismissed.
   O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

**2013-0537. State v. Poole.**
In Habeas Corpus. On petition for writ of habeas corpus of Rodney Poole. Sua sponte, cause dismissed.
   O'CONNOR, C.J., and PFEIFER, O'DONNELL, LANZINGER, KENNEDY, FRENCH, and O'NEILL, JJ., concur.

# MOTION AND PROCEDURAL RULINGS

**1987-0447. State v. Henderson.**
Hamilton App. No. C–850557. On motion for new trial. Motion denied. On motion for appointment of qualified legal counsel and motion to stay in abeyance. Motions denied as moot. On successive postconviction petition. Petition dismissed.

**2012-0169. Stammco, L.L.C. v. United Tel. Co. of Ohio.**
Fulton App. No. F–11–003, 2011-Ohio-6503. On motion to strike notices of additional authority. Motion granted in part as to the parentheticals and denied as to the case citations.
   O'CONNOR, C.J., would deny the motion to strike in its entirety.

**2013-0295. State ex rel. Davet v. Sutula.**
In Mandamus. On respondent's motion to declare relator a vexatious litigator under St.Ct.Prac.R. 4.03(B). Motion granted. Richard F. Davet is found to be a vexatious litigator under S.Ct.Prac.R. 4.03(B).
   It is ordered that Richard F. Davet is prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. Any request for leave shall be submitted to the clerk of this court for the court's review.
   On consideration of intervening respondent's motion to join respondent's motion to declare relator a vexatious litigator under S.Ct.Prac.R. 4.03(B). Motion denied.